**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE: } | |
| } | CASE NO. 18-52579 |
| L O TRANSPORT, INC. } | |
| } | |
| (DEBTOR) } | CHAPTER 7 |

**TRUSTEE'S STATUS REPORT**

COMES NOW JOHNNY W. THOMAS, Chapter 7 Trustee, and files this Status Report and in support thereof would respectfully show the Court as follows:

Trustee, Johnny W. Thomas, reports that this case was filed on November 1, 2018 as a Chapter 7 and without all the schedules. All schedules were filed November 30, 2018. The Section 341 meeting of creditors was reset on several occasions pending filing of schedules and resolving numerus lift of stay actions by creditors attempting to resolve their lien priorities on real property, vehicles and other personal property that did not appear to have any or negligible equity for the estate. The final 341 hearing was held on February 5, 2019 by Interim Trustee Johnny Thomas.

The Trustee filed a motion to retain the attorney to pursue claims against one of the creditors. The order on the application to employ the attorney, Ryan A. Starnes, was signed on March 18, 2019. The Court approved an order to compromise and settle December 19,

2019. An order on compensation for the attorney, Mr. Starnes, was signed April 2, 2020.

Numerous collection actions were pursued in State court after the lift of stay actions in bankruptcy court. The cases have been monitored by the Trustee and have not produced excess funds for the estate. The Trustee is attempting to adjudicate claims with the priority lien holders which can be resolved in 30 days without disputes being set for court. The final tax return will also be prepared for the closing of this file in 60 to 90 days.

Respectfully submitted this 6th day June, 2022.

                                                /S/
JOHNNY W. THOMAS
SBN 19856500
Chapter 7 Trustee
1149 E. Commerce
San Antonio, TX 78205
(210)226-5888
Fax: 210 226 6085
johnny@johnnythomaslaw.com